UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
: ORDER OF REFERENCE
: TO A MAGISTRATE JUDGE
Plaintiff,   Deshawn Graham on behalf of her infant son :
: 08-6971     ( BSJ ) ( AJP )
    -v-   :
:
:
Defendant.   The City of New York, et al. :
:
:
                                                              x
------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute:* | ☐ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
|   |   | ☐ | Habeas Corpus |
|   |   | ☐ | Social Security |
|   | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| ☐ | Settlement* |   |   |
| ☐ | Inquest After Default/Damages Hearing |   | All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated  August 13, 2008

SO ORDERED:

_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08